The next case on for argument is Wexler v. Dorsey & Whitney. Mr. Wexler, are you present? I am. Yes, Your Honor. Mr. Herman, you're here? Yes, I am, Your Honor. Wonderful. Okay. Mr. Wexler, we will hear you. Thank you, Your Honors. Good morning, and may it please the Court. The lower court erred when it found that the complaint fails to state a claim because the headlines of the articles, T.C.P.A. class certification denial exposes major spousal scheme, cannot reasonably be construed to be stating or implying facts of and concerning Shimshon Wexler. New York law is that the headlines and articles must be construed together in deciding whether the article is libelous and who it is of and concerning. The lower court erred when it held that only the headlines should be analyzed to determine who the headlines and articles are of and concerning. Mr. Wexler, excuse me, this is Judge Lynch. I'm probably inclined to agree with you about that, that we should construe the article together with the headline. But once we construe the article together with the headline, is there anything at all inaccurate in the article? The article is deceptive. I wouldn't, I wouldn't, this appeal, the article, I'm not contending on this appeal that anything in the article itself is defamatory, but the headline itself is. So then why, why if we are going to, and I think it is appropriate, at least I'll hear from the other side, of course, as to what New York law really is. But if your position is that it's appropriate to consider the headline in the context of the article to decide that it's about you, as I say, that makes sense to me as an argument. Don't we also have to take the headline in conjunction with the article in terms of whether the headline is unfairly presenting something? Because, you know, to the extent that your beef, and I am somewhat sympathetic to it, is that calling this a major scheme is a bit of an exaggeration. When you look at it with the whole article, which you have to read before you even know who it is that he's talking about, the whole article, quite accurately in my view, describes what Judge Block's ruling was and why the judge made it and how you were disqualified in that case, or your wife was ultimately found not to be an appropriate class representative. That's all what happened, and there may be some snark in the article, but mostly the facts that are related are all exactly what happened, aren't they? The facts in the article are slanted in a way which can be an implication which is not true, and the facts in the article seem to be supporting the headline that class certification denial exposes major spousal scheme, which is not true. So while the facts in the article may be technically true, this was written by a large, sophisticated law firm with an intent to have the headline read. Can you tell me what fact is left out or what fact is slanted that would expose, for want of a better word, that the headline is something more than or different than an opinion that characterizes these facts in a certain way? What is the falsehood here? Well, the question is whether the headlines can reasonably be construed to be stating or implying facts. This is Judge Hall. Judge Lynch's question is, what is the falsehood in the article? Yes, so the falsehood is... What is the falsehood in the article? Okay, the falsehood in the article is that the class certification denial did not expose a major spousal scheme. Because it's not major? Because it didn't expose anything, and it didn't expose a scheme, and it wasn't major. So your argument is with the word expose? No, the entire headline. No, we're not talking about the headline. We're talking about the article. Forget the headline for a minute. Go to the article. What's false in the article? There's nothing literally, technically false in the article. So why does any headline, and certainly this particular headline, imply facts that are not disclosed in the article? Well, the headline gives off the impression that it is about the class certification denial. And the headline also specifically states that the class certification denial exposed a major spousal scheme. Now, if you would read the article, you would think there's something missing from there. There's something missing from the article, because the article itself does not describe how the class certification denial exposed a major spousal scheme. Excuse me, you have a minute left. Okay. The headlines can also reasonably be construed to be stating or implying facts about Shimshon Wexler. The standard is whether the headlines can reasonably be construed to be stating or implying facts and not what is the most likely interpretation. If the words are susceptible of multiple meanings, some of which are defamatory and some of which are not, it is for the trier of fact and not for the court acting on the issue solely as a matter of law to determine in what sense the words were used and understood. I don't know if I'm over time. If you have anything more to say, you can sum up now. You've reserved some time for rebuttal, yes. You've reserved three minutes for rebuttal. Okay. The lower court here found that the headlines were pure opinion. That said, the lower court also seemed to concede that the articles and headlines can reasonably be construed to be stating or implying defamatory facts about Shimshon Wexler. For example, in the decision it said, to be sure, in some situations, scheme implies a plan tinged with impropriety. And it also said the word scheme can often just mean a plan and not carry the implication. Is it proper, Mr. Wexler, for a lawyer to put forward as a class representative someone who is a member of his family and has a financial stake in seeing that the attorney's recovery is as large as possible? If that were proper, why did the judge make the ruling that he did? The judge made the... This appeal is not questioning the ruling of Judge Block. I think Judge Block could have gone either way. He could have found that my wife was getting text messages, she had a problem, and she went to the person who she's most familiar with, who knew how to take care of the problem. But who then brings a class action, not on behalf just of the wife, but on behalf of all others similarly situated, and presents his wife as someone who can fairly represent the class when there's a rather obvious conflict of interest on the part of the class representative. That's what Judge Block found. Okay. And when you say the word scheme conveys some impropriety, well, maybe it wasn't an intentional impropriety, but I guess that's what a matter of opinion means. There was something done that it seems to me Judge Block concluded that a lawyer should not do. Maybe that was innocent on your part. Maybe it wasn't. Maybe it was a scheme. Maybe it wasn't. But that's what it means to say that something is an opinion drawn from the facts that are laid out in the article. And maybe it's an inaccurate opinion. Maybe the headline writer was wrong. But why is there an implication that there's some secret fact other than here's the evidence that the headline writer thinks backs up the headline? And there it is. And everyone can draw their own conclusions. Right. The headline wasn't asking people to draw their own conclusions. The headline was stating what the class certification denial exposed. And the question of whether their characterization of the court opinion is false or true is not a question on this appeal because the lower court did not decide that issue. The lower court just found that it was an opinion. It didn't find that it was an accurate assessment of the court opinion. It merely found that the headlines were an opinion when it wasn't. I'll save the rest of my time if I have any for rebuttal. Yes. You do have time for rebuttal. And we'll hear from Mr. Herman. Thank you. Good morning, Your Honor. May I please report. I think we've just heard from Mr. Wexler that essentially he's conceding that the article is neither false nor defamatory. That is the body. And he's explicitly confined the sole issue on this appeal to whether his headline is false, defamatory and of and concerning him. And, you know, going to the issue of precise meaning, Judge Bolsara started his fact versus opinion analysis as to whether major spousal scheme had a precise meaning by noting that it had many meanings. He suggested that just the plan was a meaning or a plan tinged with impropriety, reflecting Judge Bloch's having found an improper conflict of interest. And he said that those two meanings were just as plausible as the meaning Mr. Wexler was offering, which was a dishonest plan. Mr. Wexler argues that in doing so, Judge Bolsara has violated Tuamot. But Judge Bolsara did not actually select a preferred meaning and did not decide the motion based on his having selected a preferred meaning. Rather, he determined there were just too many choices and it was not capable of a precise and specific meaning. Not just those words, but even the word major, which he said could be one could be minor to another. And therefore, you know, he found that it didn't pass, essentially, the Ullman test, the Ullman versus Evans test, which was which was incorporated by Gross and Steinhelber and Muno and Bryan and Mann on the on the Court of Appeals of New York, as well as Judge Newman's opinion in Levin versus McPhee, that three-part test. First, is it precise enough in meaning to be readily understood? Second, is it capable of being proven true or false? And third, context, immediate context and the broad social context. Does it signal to the readers that it's likely opinion? And context is considered to be the most important. So what did, you know, when you when you consider these words, major spousal schemes, they pale by comparison to the nasty words stated by defamation defendants in numerous other cases, in which such defamation claims were dismissed because the words were found to be expressions of opinion. Blackmail, scab, fellow traveler, manipulator, conman, shyster, and scheme, by the way, in Bureau versus Condé Nast, SDNY 2012 opinion that was affirmed by this court. And also Bryan versus Richardson and Lenz versus Young. I believe Judge Lynch was on that panel and Lenz versus Young. And some, you know, some of these have even gone further. I mean, scam is certainly one. McKay versus Ratner, which was cited by Judge Bulsar. Was he wrong? Was Mr. Bulsar wrong to express his opinion about this? Well, that's the thing about opinion. There's no right or wrong or false opinion. It was simply ambiguous and entirely subjective. It was rhetorical hyperbole or imaginative expression, both of which have been held to be just fine by Milkovich, by the Supreme Court of the United States. And again, Judge Newman and his Levin versus McPhee opinion and Judge Wesley and Chow versus Lewis. I think when you consider that, the question of whether this is a fair index of an accurate article, the courts have definitely held that you're entitled to extended liberality to create a headline, drama, attention grabbing. And Mr. Wexler concedes on page 10 of his opening brief that the headline is not, you know, he argues that it's not a fair index of the article, but he conceded that the body of the article is accurate. And the second paragraph of that article contains the phrase, and I quote, Senior Judge Frederick Block made quick work of the scheme pulled by the husband and wife duo, end quote. This is critical because where, as here, and I'm now quoting from Silsdorf versus Levin, the plaintiff only asserts that the opinions are false. And does not challenge the veracity of the underlying facts. The plaintiff may not sustain a libel action. So, New York Court of Appeals. Excuse me. Sorry, this is Judge Hall. Are you going to get to the issue of personal jurisdiction over the individual? Well, I don't think there's any personal jurisdiction over the individual based on the decisions by this court in best manner. But it seems to me that the judge has kind of disposed of that thing. He didn't even need to get to that because there's no cause of action here that that can be sustained. I mean, at best, Van Lines, they say in defamation cases, by contrast, the single act of uttering a defamation, no matter how loudly, is not a transaction of business that may be that may provide foundation for personal jurisdiction. So, you know, it doesn't it doesn't work under 302A1. But I think I want to I want to address Mr. The issue of context, which all the courts have said is the most important factor. And I think the context here means that in this case, the article began and ended with Mr. Bett Parish's personal first person tongue in cheek musings about what kind of trip he'd like to take with his wife and his suggestion that the Wexlers take up salsa dancing instead of what they did in the AT&T case. And Mr. Wexler concedes that the article was written in an entertaining way on page nine of his opening brief and that there's humor in the blog. And in fact, at issue here, the article at issue here was one of several employing humor. One had a cartoon next to it. One referred to March Madness and one had a headline church provides no sanctuary. All of these signals to Dorsey's reader that the expressions were opinion rather than fact. And Dorsey's blog is particularly light reading when compared to something like the law review or or a New York Law Journal. And that's for pure opinion. There's a detailed recitation of the facts on which that opinion was based and Alexa citation so that they can get to the entire opinion. Now, with regards to whether this is of and concern, the headline itself is of and concerning Mr. Wexler. He's failed to show that because, as Judge Pulsara said, and citing Triano, Chaykin, Trudeau and White, you've got to be named. On the other hand, if you've got a fair index issue, then you have to go back and look at the article to determine whether the headline is a fair index of the article. You have a minute left. OK. Mr. Wexler argues that given the multiple meanings of major spouses team, at least one of them. Could be reasonably susceptible to a defamatory meaning and that we should therefore await the jury's determination. However, Judge Pulsara was correct to hold that those words are not capable of such a meaning. They don't have a precise meaning. They're not capable of being proven true or false in context. And they clearly signal to readers that these words were the author's personal view. He used the headlines to add some drama, to grab attention. And headlines are not supposed to be dissected with a lexicographer's view. No one stated back to his health. And after reading Judge Block's decision, striking class allegations because a husband and wife were involved in a conflict of interest that made it clear that the wife was not an adequate class representative. This was just one lawyer's opinion that this was a major spousal team. No one. And no jury could find that he was stating false facts by expressing an opinion, especially where all the underlying facts of the article went unchallenged. I think my time is up. If you have any questions, I'm happy. Yeah, sorry. Is it agreed that the district court did not have personal jurisdiction or never resolved the issue of personal jurisdiction? Never resolved the issue, Your Honor. All right. And if it didn't resolve the issue, did it have jurisdiction then as to that individual to determine that there was not a cause of action? You know, that's not answered. And I'm not sure I know the answer to that question. I think that the fact that he found that there was no cause of action whatsoever in his mind disposed of the case, I mean, he didn't have to reach that issue. Judge Friendly, a number of years ago in a case called Arrowsmith versus UPI on behalf of an in-bank court, one of the rare occurrences of this court, fairly rare occurrences, said that remanded the case or the court ended up remanding the case for determination of personal jurisdiction first. Now, that was a corporation, not an individual before it allowed the entry. So I'm just wondering whether we need to go through that process and what your view is on that. I would skip it. And go with a win? And go with a win. Yeah. All right. Well, we'll ask Mr. Wexler about that as well. Okay. All right. Thank you very much, Mr. Herman. Thank you, Your Honor. Mr. Wexler, you want us to address this issue or remand on the issue of personal jurisdiction or will you concede that issue and we'll just deal with the merits and not seek to pursue the case against the individual? Well, if this case gets dismissed, I will not seek to pursue the case against the individual. Okay. If you reverse on the merits, then I will seek to pursue the case against the individual. And I would ask that the district court address in the first instance whether there is personal jurisdiction. All right. Fair enough. Thank you. So proceed with your argument then. Okay. There is a gavel, I think that's the word, the gavel next to where it says legal update and what this article is. So this was not humor or entertainment. I agree the language in the article is slightly entertaining and humorous, but this is about a court decision. And the question that this court should address is whether this headline and article accurately describes the court decision. The lower court did not even address that question. But this headline and article is about the court decision and it speaks to the court decision and it's factual. And the question that this court should address is whether it's an accurate description of the court opinion. The defendants did not address the accountsrecovery.net website, which wrote an article concerning this article. Having read this, my only question is for how long did they think they could get away with it? That certainly doesn't imply that the reading by that website was that the Dorsey article was an opinion about what the court decision said. That website, that question that the website asked is clearly showing that they interpreted it to mean that it was displaying facts. Excuse me, you have a minute left. Okay. That's all I have, Your Honor. I would like to take any questions if any of Your Honors have any. I think we don't. Judge Hall, excuse me, may I ask one question of Mr. Herman just to clarify his position on the personal jurisdiction issue? Yeah, of course, Judge Lynch. Thank you. Mr. Herman, I found your answer a little bit unclear. And one thing that I know the law is absolutely clear on is that a defendant in a civil case may waive any lack of personal jurisdiction and proceed to permit the court to consent to the personal jurisdiction of the court so as to permit the court to rule on the merits. Are you in a position to waive in personam, any lack of in personam jurisdiction on behalf of your individual client? Well, I'm not at this moment in the position of doing that because I wouldn't have Mr. Bettera's permission. Well, would you be able to discuss with him whether that might or might not be in his interests and what his position is on that and get back to us within a day? Yes, I would be able to do that. I mean, given Mr. Wexler's concession that if this case gets dismissed, he would not pursue this case against Mr. Bettera. Well, I'm not sure what his position was on it because it seemed to me if the – I was not clear that he was saying he would not pursue the case if there was – I don't know what his position was. So that's unclear also. So maybe I should just give up on this. I'll tell you, as he was saying it, I wrote down, if this case gets dismissed, I will not pursue this case against Mr. Bettera. Your Honor, this is Chip Schumacher. I'm sorry. That is correct. Okay. Well, Judge Newman, I wonder if it's rather – and ask your client to waive something absolutely. If the question could be, in the event the court is prepared to affirm on the merits, does your client have any objection to us going past the personal jurisdiction issue without a ruling and reaching the merits if we were to affirm on the merits? Judge Newman, I would – yeah, Judge Newman, I would certainly advise my client to do that. Thank you. Okay. Anything else, Judge Lynch or Judge Newman? No. No. And Mr. Wexler, you've heard the discussion, so you're standing by that if the court dismisses this case on the merits, you will not pursue the claim against Mr. Bettera? Yes, I think that's correct. I think I'm going to have a serious statute of limitations problem as well. So you think it's correct, or yes, that is correct? That is your – Yes, I will not pursue Mr. Bettera if this case is dismissed on the merits. Thank you. All right. Thank you. We will reserve decision in this case, and we will hear argument.